# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 16, 2004

Before

Hon. Joel M. Flaum, *Chief Judge*

Hon. Daniel A. Manion, *Circuit Judge*

Hon. Ann Claire Williams, *Circuit Judge*

| | |
|---|---|
| No. 04-1272 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| Brian Wantz, | |
| *Plaintiff-Appellant,* | No. 02 C 8224 |
| v. | Blanche M. Manning, *Judge.* |
| Experian Information Solutions, | |
| *Defendant-Appellee.* | |

## ORDER

Upon consideration of plaintiff-appellant's Motion to Correct the Opinion of October 21, 2004, the motion is GRANTED, and the opinion is amended as follows:

Page 7, first full paragraph: delete the second full sentence and the following cite ("The first problem with Wantz's position is that 'statutory damages' are unavailable under the Act. *Crabill v. Trans Union, LLC,* 259 F.3d 662, 666 (7th Cir. 2001).").